UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2015
David J. Bradley, Clerk

| | |
|---|---|
| Mildred Carlton, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-14-1100 |
| § | |
| Fortress Health & Rehab § | |
| of Rock Prairie, LLC, § | |
| § | |
| Defendant. § | |

## Final Dismissal

1. Having been advised that the parties reached a settlement, Mildred Carlton's claims against Fortress Health & Rehab of Rock Prairie, LLC, are dismissed with prejudice. (27)

2. This court retains jurisdiction to enforce the settlement.

Signed on November 10, 2015, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge